IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON
ADC #169885                                                                                   PLAINITFF

V.                                      NO. 4:23-cv-00007-JM

JOE PAGE                                                                                      DEFENDANT

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Stockton's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Because Stockton did not exhaust all administrative remedies before filing suit, dismissal is mandatory.[1]

Mr. Stockton's claims are DISMISSED, without prejudice, based on his failure to fully exhaust his administrative remedies.

IT IS SO ORDERED, this 9th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See 42 U.S.C. § 1997e(a) (declaring, "[n]o action shall be brought with respect to prison conditions . . . by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted"); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) (holding an inmate must exhaust all available administrative remedies before filing suit, and "[i]f exhaustion was not completed at the time of filing, dismissal is mandatory"). Thus, the PLRA required Mr. Stockton to satisfy the ADC's requirements for raising and administratively exhausting his unconstitutional conditions of confinement claim against Warden Page before bringing this action.