IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. STOCKTON
ADC #169885                                                                                                       PLAINITFF

V.                                      NO. 4:23-cv-00007-JM

JOE PAGE                                                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE